JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LINDSAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TOWN OF YUCCA VALLEY, an incorporated California Municipality; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 5:15-CV-00036-R (JEMx)<br><br>**ORDER**<br>**FOR DISMISSAL**<br><br>**Hon. Manuel L. Real** |

## ORDER

The Court has reviewed the Stipulation set forth herein and the terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in this Order as if fully set forth herein.  Good cause appearing.

IT IS ORDERED that:

1. This matter is dismissed with prejudice;
2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to and incorporated in this Order;

3. Defendant Town of Yucca Valley shall pay the sum of Two Thousand Dollars ($2,000) to California Reform Sex Offender Laws organization within five calendar days of dismissal.

Dated: December 11, 2015

_____
Honorable Manuel L. Real